In the Matter of the Application of ABRAHAM SLUTSKY, Respondent, for a Peremptory Order of Mandamus against NOAH FINKELSTEIN and Others, Appellants.— Order granting peremptory mandamus order for inspection of corporate books unanimously affirmed, with ten dollars costs and disbursements. No

opinion. Order denying motion for reargument, so called, affirmed, without costs. The motion was not properly one for a reargument but was for a renewal upon new facts; otherwise, we should have dismissed the appeal from that order. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.